AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF FLORIDA

Global Weather Productions LLC,
*Plaintiff(s)*

v.

Prestige Insurance Estimating and Appraisal, Inc., and Prestige Claim Consultants Corp.,
*Defendant(s)*

Civil Action No. 26-CV-27044 MOORE

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Prestige Claim Consultants Corp.
c/o Arias Obed
16170 NE 11 CT
North Miami Beach, FL 33162

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States, or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**CRAIG SANDERS**
**SANDERS LAW GROUP**
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 7, 2026

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

Global Weather Productions LLC,
*Plaintiff(s)*

v.

Prestige Insurance Estimating and Appraisal, Inc., and Prestige Claim Consultants Corp.,
*Defendant(s)*

Civil Action No. 26-CV-27044 MOORE

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Prestige Insurance Estimating and Appraisal, Inc.
c/o Cristina Sanchez
16170 NE 11 CT
North Miami, FL 33162

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States, or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**CRAIG SANDERS**
**SANDERS LAW GROUP**
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 7, 2026

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts